UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

       - v. -                           :     **ORDER**

RICHARD CORREA and                      :     08 Cr. 0033
JOEL MINAYA,
                                        :
              Defendants.
                                        :
- - - - - - - - - - - - - - - - - - - - x

       Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorneys Parvin Moyne and Kenneth A. Polite;

       It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

       ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       February 28, 2008

                                    _____
                                    UNITED STATE MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED FEB 2 8 2008