

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 20, 2008

RECEIVED
JUN 20 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

**By Facsimile**
Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Joel Minaya,**
             08 Cr. 33 (HB)

Dear Judge Baer:

      A guilty plea is scheduled in the above-referenced case for Monday, June 23, 2008, at 1:00 p.m. However, because of the complexity of the case, which involves international narcotics-trafficking, the Government needs additional time to prepare the plea materials, and the defendant will need time to go over the materials with his counsel. Accordingly, the Government respectfully requests (with the consent of defense counsel) that the Court adjourn Monday's conference to a date during the week of June 30, 2008.

      The Government further respectfully requests (with the consent of defense counsel) that the Court exclude the time under the Speedy Trial Act until the next conference date, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). The parties have been involved in extension plea discussions; during this period, the parties will continue to discuss a disposition of this case.

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
     Assistant United States Attorney
Telephone: (212) 637-2510

[Handwritten note: I'll exclude the time thru June that the 23 has next week before a plea or a magistrate with them. Update on me.]

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 6/20/08

cc: Ed Palermo, Esq. (by facsimile)

TOTAL P.02

Endorsement:

    I'll exclude the time through June 23 but direct that the plea occur before a U.S. Magistrate Judge - fix the date with him or her.