UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

UNITED STATES OF AMERICA,

                                    CONSENT TO PROCEED BEFORE
                                    A UNITED STATES MAGISTRATE
                                    JUDGE ON A FELONY PLEA
                                    ALLOCUTION.

          -against-

                                    Docket No.  08 Cr. 33 (KB)

_[illegible handwritten name] Minaya_

                      Defendant.
------------------------------------------------------------

        The undersigned defendant, advised by his or her undersigned attorney, consents to a United States Magistrate Judge presiding over the proceedings required by Rule 11, Fed, R. Crim. P., for me to enter a plea of guilty in my case, or to change my plea, if one has been previously made, from not guilty to guilty.  I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, to my case.

        I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no threats or promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

        IN WITNESS WHEREOF  we have executed this consent this _31st_

day of ____July____, 2008 at ____New York____, New York.

x____[signature]____                          x____[signature]____
     Defendant                                     Attorney for Defendant

Accepted by: ____[signature]____
                          United States Magistrate Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE: JUL 31 2008]